UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 22CR1420-W |
|---|---|
| Plaintiff, | |
| v. | ORDER TO CONTINUE SENTENCING |
| RENE EFREN LEMUS, | |
| Defendant | |

Upon the joint motion of the parties, **IT IS HEREBY ORDERED** that the Sentencing be continued from March 13, 2023 until April 3, 2023 at 9:00 a.m.

**SO ORDERED.**

DATED: 3/8/23

By: _____
HON. THOMAS J. WHELAN
United States District Judge